*Mr. H. S. Hepner*, for Relator.

---

No. 4,816.—N. J. HARRISON, RESPONDENT, *v.* KATE RIDDELL ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided April 16, 1921.

PER CURIAM.—The order heretofore made on April 4, 1921, overruling respondents' motion to dismiss the appeals herein is vacated and the appeals are dismissed.

*Messrs. Walker & Walker* and *Mr. C. S. Wagner*, for Appellants.

*Mr. Harry Meyer* and *Mr. Lester H. Loble*, for Respondents.

---

No. 4,860.—STATE EX REL. LESLIE T. BISHOP, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Prohibition directed to the District Court of the Twelfth Judicial District and John W. Tattan, Judge thereof.

Decided April 3, 1921.

PER CURIAM.—The application of relator for writ of prohibition is, after due consideration by the court, denied.

*Mr. W. S. Towner*, for Relator.